## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GERALD MORISCH and BETTE MORISCH, )<br><br>Plaintiffs, )<br><br>vs. )<br><br>UNITED STATES OF AMERICA and )<br>ROBERT D. KREISMAN, P.C., d/b/a )<br>Kreisman Law Offices, )<br><br>Defendants. ) | CIVIL NO. 07-145-GPM |

## JUDGMENT IN A CIVIL CASE

This action was tried by Judge G. Patrick Murphy without a jury on the claim of the plaintiffs Gerald Morisch and Bette Morisch against the defendant United States of America and the following decision was reached:

**IT IS HEREBY ORDERED AND ADJUDGED** that the plaintiffs recover nothing, the action be dismissed on the merits, and the defendant United States of America recover costs from the plaintiffs Gerald Morisch and Bette Morisch.

This action was tried by a jury with Judge G. Patrick Murphy presiding on the claim of the plaintiffs Gerald Morisch and Bette Morisch against the defendant Robert D. Kreisman, P.C., d/b/a Kreisman Law Offices and the jury has rendered a verdict.

**IT IS HEREBY ORDERED AND ADJUDGED** that the plaintiffs recover nothing, the action be dismissed on the merits, and the defendant Robert D. Kreisman, P.C., d/b/a Kreisman Law Offices recover costs from the plaintiffs Gerald Morisch and Bette Morisch.

**DATED**: October 15, 2009

NANCY J. ROSENSTENGEL, CLERK


By: /s/ Linda M. McGovern
                    Deputy Clerk


APPROVED:   /s/ G. Patrick Murphy
                    G. PATRICK MURPHY
                    U.S. DISTRICT JUDGE